UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRYAN ANTON MARDOIAN,
    Plaintiff,
    v.
COLVIN,
    Defendant.

No. 3:13cv1188 (MPS)

## RULING AND ORDER

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and in the absence of any objection from either party, the Court APPROVES AND ACCEPTS United States Magistrate Judge Donna F. Martinez's Recommended Ruling [doc. # 22], GRANTS the Motion for Judgment on the Pleadings [doc. # 12], and DENIES the Motion for an Order Affirming the Decision of the Commissioner [doc. # 17]. **The Clerk is directed to enter judgment for Plaintiff in accordance with Magistrate Martinez's Recommended Ruling and to close this file.**

IT IS SO ORDERED.

    /s/
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
           August 29, 2016